IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTHA GUALAN PAQUI,

     Petitioner,

v.                                                    No. 2:26-cv-01046-DHU-JHR

WARDEN, Otero County Processing Center, *et al*,

     Respondents,

**ORDER DIRECTING AMENDMENT**

This matter is before the Court on Petitioner's *pro se* Letter Seeking Advice or Release ("Letter-Petition"). Doc. 1. Petitioner is an immigration detainee at the Otero County Processing Center. She was initially detained in Minnesota before her transfer to New Mexico. The Letter-Petition seeks a release from custody, but it is not clear whether Petitioner is subject to a removal order or what legal process, if any, she received in detention. The Letter-Petition also states that Petitioner filed a 28 U.S.C. § 2241 petition in Minnesota, through a friend, and seeks an update on the case.

The Court conducted a PACER search in the United States District Court for the District of Minnesota, and there are no habeas filings associated with Petitioner's name. Petitioner should therefore proceed with a new filing in this Court, *i.e.,* the United States District Court for District of New Mexico. Based on the current record, the Court cannot evaluate whether Petitioner is detained under 8 U.S.C. § 1226; 8 U.S.C. § 1231; or some other statute. The Clerk's Office will mail Petitioner a form § 2241 petition and a blank motion to proceed *in forma pauperis*. Petitioner shall return the completed § 2241 petition and address the filing fee requirement within twenty-

one (21) days of entry of this Order. The § 2241 should include details about what process (bond hearings, removal hearings, etc.) Petitioner has received so far; whether/when the Immigration Court entered a removal order or denied bond; the reason for any denial of bond; and the status of any immigration appeals. Petitioner may find it helpful to attach any orders from the immigration court, but documentary evidence is not required at this stage. The failure to timely file an amended § 2241 petition may result in dismissal of this case without prejudice to refiling at a later time.

**IT IS ORDERED** that within twenty-one (21) days of entry of Order, Petitioner shall: (1) file an amended § 2241 petition, as set forth above; and (2) pay the $5.00 filing fee or file a motion to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a blank § 2241 petition and a blank *in forma pauperis* motion.

_____

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

2